No. 438. CARMAN v. SULLIVAN, ILLINOIS STATE PRISON DIRECTOR, ET AL. December 10, 1945. Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois, denied.

No. 440. MOORE v. WISCONSIN. December 10, 1945. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

No. 441. FITZPATRICK v. NIERSTHEIMER, WARDEN. December 10, 1945. Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois, denied.

No. 466. SMITH v. RAGEN, WARDEN. December 10, 1945. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 467. BARLAND v. RAGEN, WARDEN. December 10, 1945. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 571. WOODRUFF v. HEISER. December 17, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. H. A. Ledbetter* for petitioner. *Messrs. Leonard J. Meyberg* and *Rupert B. Turnbull* for respondent.

No. 509. HEISER v. WOODRUFF ET AL.; and

No. 581. WOODRUFF ET AL. v. HEISER. December 17, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Leonard*